**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

VANCE DOTSON,

      Plaintiff,

    v.

EQUIFAX INFORMATION
SERVICES, LLC, TRANS UNION,
LLC.,

      Defendants.

Case No. 1:25-cv-03326-MHC-CMS

**DEFENDANT EQUIFAX INFORMATION SERVICES LLC'S
<u>ANSWER TO PLAINTIFF'S COMPLAINT</u>**

Defendant, Equifax Information Services LLC ("Equifax"), by Counsel, files

its Answer to Plaintiff's Complaint ("Complaint") as follows:

**<u>PRELIMINARY STATEMENT</u>**

In answering the Complaint, Equifax states that it is responding to allegations

on behalf of itself only, even where the allegations pertain to alleged conduct by all

Defendants. Equifax denies any and all allegations in the headings and/or

unnumbered paragraphs in the Complaint.

**<u>ANSWER</u>**

In response to the specific allegations in the enumerated paragraphs in the

Complaint, Equifax responds as follows:

## PRELIMINARY STATEMENT

1.      Equifax admits Plaintiff purports to bring claims pursuant to the Fair Credit Reporting Act ("FCRA") but denies any allegation it violated the FCRA.

2.      Equifax states that the referenced FTC study speaks for itself. To the extent Plaintiff misquotes, misstates, or takes out of context the referenced FTC study, the allegations are denied. Equifax is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 2.

3.      Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 3.

4.      Equifax states that the FCRA and referenced legal authority speak for themselves. To the extent Plaintiff misquotes, misstates, or takes out of context the FCRA or legal authority, the allegations are denied.

## JURISDICTION AND VENUE

5.      Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 5.

6.      Equifax admits that it conducts business in the state of Georgia. Equifax is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 6.

## PARTIES

7. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 7.

8. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 8.

9. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 9.

10. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 10.

11. Equifax denies that it is a corporation.

12. Equifax admits it is a consumer reporting agency as defined by the FCRA.

## FACTS OF THE COMPLAINT

13. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 13.

14. Equifax states that the FCRA speaks for itself. To the extent Plaintiff misquotes, misstates, or takes out of context the FCRA, the allegations are denied.

15. Equifax denies the allegations in Paragraph 15.

16. Equifax states that a credit disclosure speaks for itself. To the extent Plaintiff misquotes, misstates, or takes out of context any credit disclosure, the

allegations in Paragraph 16 are denied.

17.    Equifax admits that it has received disputes regarding Plaintiff but states that each consumer dispute speaks for itself. To the extent Plaintiff misquotes, misstates, or takes out of context any consumer dispute, the allegations in Paragraph 17 are denied.

18.    Equifax states that each consumer dispute speaks for itself. To the extent Plaintiff misquotes, misstates, or takes out of context any consumer dispute, the allegations in Paragraph 18 are denied.

19.    Equifax states that each consumer dispute speaks for itself. To the extent Plaintiff misquotes, misstates, or takes out of context any consumer dispute, the allegations in Paragraph 19 are denied.

20.    Equifax denies the allegations as stated in Paragraph 20.

21.    Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 21.

22.    Equifax states that a credit disclosure speaks for itself. To the extent Plaintiff misquotes, misstates, or takes out of context any credit disclosure, the allegations in Paragraph 22 are denied.

23.    Equifax states that a credit disclosure speaks for itself. To the extent Plaintiff misquotes, misstates, or takes out of context any credit disclosure, the

allegations in Paragraph 23 are denied.

24.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 24.

25.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 25.

26.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 26.

27.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 27.

28.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 28.

29.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 29.

30.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 30.

31.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 31.

32.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 32.

33. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 33.

34. Equifax states that its obligations are governed by the FCRA, which speaks for itself. To the extent Plaintiff misquotes, misstates, or takes out of context the FCRA, the allegations in Paragraph 34 are denied.

35. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 35.

36. Equifax denies the allegations in Paragraph 36.

37. Equifax denies the allegations in Paragraph 37.

38. Equifax states that the FCRA speaks for itself. To the extent Plaintiff misquotes, misstates, or takes out of context the FCRA, the allegations in Paragraph 38 are denied.

39. Equifax denies the allegations in Paragraph 39.

40. Equifax denies the allegations in Paragraph 40.

## CAUSES OF ACTION

41. Equifax denies any allegation that it violated the FCRA.

42. Equifax denies any allegation it caused Plaintiff to suffer any damages.

## FIRST CLAIM FOR RELIEF
### 15 U.S.C. § 1681g

43. Equifax restates its answers to Paragraphs 1 – 42.

44.     Equifax denies the allegations in Paragraph 44.

45.     Equifax denies the allegations in Paragraph 45.

46.     Equifax denies the allegations in Paragraph 46.

47.     Equifax denies the allegations in Paragraph 47.

## SECOND CLAIM FOR RELIEF
### 15 U.S.C. § 1681i

48.     Equifax restates its answers to Paragraphs 1 – 47.

49.     Equifax denies the allegations in Paragraph 49.

50.     Equifax denies the allegations in Paragraph 50.

51.     Equifax denies the allegations in Paragraph 51.

52.     Equifax denies the allegations in Paragraph 52.

## THIRD CLAIM FOR RELIEF
### 15 U.S.C. § 1681e(b)

53.     Equifax restates its answers to Paragraphs 1 – 52.

54.     Equifax denies the allegations in Paragraph 54.

55.     Equifax denies the allegations in Paragraph 55.

56.     Equifax denies the allegations in Paragraph 56.

## JURY DEMAND AND PRAYER FOR RELIEF

Equifax admits that Plaintiff demands a trial by jury.

Equifax denies that Plaintiff is entitled to any relief sought in the paragraphs contained in his Prayer for Relief.

Any allegation in Plaintiff's Complaint not heretofore specifically responded to by Equifax is hereby expressly denied.

WHEREFORE, having fully answered or otherwise responded to the allegations in Plaintiff's Complaint, Equifax prays that:

(1)    Plaintiff's Complaint be dismissed in its entirety and with prejudice, with all costs taxed against Plaintiff;

(2)    it recover such other and additional relief as the Court deems just and appropriate.

Respectfully submitted this 27th day of August, 2025.

**EQUIFAX INFORMATION SERVICES LLC**
By: /s/ *Katherine McFarland Stein*
Katherine McFarland Stein
Ga. Bar No. 25442
Legal Counsel – Litigation
Equifax Legal Department
1550 Peachtree St.
Atlanta, GA 30309
Tel. (404) 885-8066
Fax: (404) 885-8215
Email:  kate.stein@equifax.com
*Counsel for Equifax Information Services LLC*

8