**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

VANCE DOTSON,

      Plaintiff,

v.

TRANS UNION, LLC, and EQUIFAX
INFORMATION SERVICES LLC,

      Defendants.

Case No.: 1:25-cv-03326-MHC-CMS

## JOINT MOTION TO EXTEND DEADLINES

Plaintiff Vance Dotson ("Plaintiff"), and Defendants Trans Union LLC ("Trans Union), and Equifax Information Services, LLC ("Equifax") (the "Defendants") (collectively "the Parties"), hereby file this, their Joint Motion to Extend Deadlines by ninety (90) days, and would respectfully show the Court as follows:

1.     Plaintiff and Defendants filed their Joint Preliminary Report and Discovery Plan ("JPR") on November 24, 2025 (Dkt. No. 29).

2.     The Court entered a Scheduling Order on November 25, 2025, which set the current deadline for completing discovery by May 26, 2026, and the filing of Motions for Summary Judgment by June 25, 2026, thirty (30) days after the close of discovery pursuant to Local Rule 56.1. (Dkt. No. 30).

1

10066957.1

3.      This is the first request for an extension of deadlines in this case. This Motion is filed prior to the expiration of the deadlines sought to be extended herein.

4.      The Parties have acted diligently and in good faith to complete discovery within the current deadline. This action arises under the Fair Credit Reporting Act and involves numerous alleged inaccuracies and omissions across multiple tradelines reported by Defendants, including complex and detailed dispute histories spanning several accounts and time periods. Accordingly, the nature and scope of Plaintiff's claims necessitate substantial written discovery concerning underlying account data, reporting practices, and reinvestigation procedures. To date, the Parties have timely exchanged initial disclosures and have substantially completed written discovery. The Parties are continuing to meet and confer regarding the scope of remaining discovery, including supplementation and the scheduling of depositions. Additionally, new counsel recently appeared on behalf of Defendant Trans Union, further necessitating coordination regarding case strategy and discovery. The Parties are also engaged in ongoing settlement discussions that may narrow or resolve the issues in dispute. Under these circumstances, a brief extension of the current deadlines is warranted to allow the Parties to complete discovery efficiently and potentially resolve the case without unnecessary motion practice.

10066957.1

5.      Nonetheless, adjudication of this matter will still necessitate substantial time and resources from the parties to thoroughly explore Plaintiff's claims as well as the Defendants' defenses. This includes undertaking third-party discovery relating to Plaintiff's alleged damages, further written discovery and exchange of documents between the parties, and party depositions.  The Defendants do not anticipate being able to complete all discovery before the current deadline, despite their good faith efforts.

6.      The additional time requested aligns with the principles of judicial economy and should allow this matter to be resolved without further court intervention. Such an extension would not only enable the parties to complete discovery but will also allow them to exhaust settlement negotiations before filing dispositive motions and preparation for trial if settlement discussions are unsuccessful.

7.      The Defendants request at least a 90-day extension of the discovery deadline to August 24, 2026, and the deadline for any motions for summary judgment to September 23, 2026.

8.      Federal Rules of Civil Procedure 6(b) provides authority for a trial court to extend time periods. Additionally, Rule 16(b)(4) specifically allows the modification of a scheduling order when good cause is shown.

10066957.1

9.    Because of the foregoing reasons, good cause exists for the extension. The extension is not requested for delay.

10.    A copy of the proposed Order granting the Motion is attached hereto as **Exhibit A.**

WHEREFORE, the Defendants hereby request that the Court enter an Order (1) granting the Motion to Extend Deadlines; (2) providing the Parties an extension of time to complete discovery until August 24, 2026, and to file motions for summary judgment until September 23, 2026; and (3) awarding the Parties such further relief as the Court deems appropriate.

Respectfully submitted,

<table>
<tr><td>*/s/ Jeffrey Wilson*</td><td>*/s/ Heather Sharp*</td></tr>
<tr><td>Jeffrey Wilson</td><td>Heather Huggins Sharp</td></tr>
<tr><td>jeff@lawbjw.com</td><td>hsharp@seyfarth.com</td></tr>
<tr><td>Law By JW, LLC</td><td>Seyfarth Shaw LLP</td></tr>
<tr><td>1590 Jonesboro Rd.</td><td>1075 Peachtree Street NE</td></tr>
<tr><td>SE #6389</td><td>Suite 2500</td></tr>
<tr><td>Atlanta, GA 30315</td><td>Atlanta, GA 30309</td></tr>
<tr><td>(832) 422-6362</td><td>(404) 881-5477</td></tr>
<tr><td>***Counsel for Plaintiff***</td><td>(404) 892-7056 Fax</td></tr>
<tr><td></td><td>***Counsel for Equifax Information Services LLC***</td></tr>
</table>

10066957.1

5

*/s/ Paul Myers*
Paul L. Myers
Georgia Bar No. 767391
pmyers@qslwm.com
Samin Agha (*Pro Hac Vice*)
sagha@qslwm.com
QUILLING, SELANDER, LOWNDS,
WINSLETT & MOSER, P.C.
5801 Tennyson Parkway, Suite 440
Plano, Texas 75024
(214) 560-5443
**Counsel for Defendant Trans Union
LLC**

5

10066957.1

## <u>LOCAL RULE 5. 1 CERTIFICATION</u>

I hereby certify Defendant Trans Union's JOINT MOTION TO EXTEND DEADLINES has been prepared in Times New Roman 14-point font in accordance with Local Rule 5.1.

*/s/ Paul Myers*

**PAUL L. MYERS**

6

10066957.1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 15th day of May 2026, the foregoing

document was filed via the Court's CM/ECF system, which sent electronic notice

of such to all parties of record.

| | |
|---|---|
| Jeffrey Wilson | Heather Huggins Sharp |
| jeff@lawbjw.com | hsharp@seyfarth.com |
| Law By JW, LLC | Seyfarth Shaw LLP |
| 1590 Jonesboro Rd. | 1075 Peachtree Street NE |
| SE #6389 | Suite 2500 |
| Atlanta, GA 30315 | Atlanta, GA 30309 |
| (832) 422-6362 | (404) 881-5477 |
| ***Counsel for Plaintiff*** | (404) 892-7056 Fax |
| | ***Counsel for Equifax Information Services LLC*** |

*/s/ Paul L. Myers*
**PAUL L. Myers**

7

10066957.1