**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

VANCE DOTSON,

       Plaintiff,

v.

TRANS UNION, LLC, and EQUIFAX
INFORMATION SERVICES LLC,

       Defendants.

Case No.: 1:25-cv-03326-MHC-CMS

**ORDER GRANTING
<u>JOINT MOTION TO EXTEND DEADLINES</u>**

This matter is before the Court on the Joint Motion to Extend Deadlines. The Court has considered the motion, and it is:

ORDERED AND ADJUDGED that the Motion is GRANTED. The time limit for completing discovery is August 24, 2026, and the deadline for motions for summary judgment is September 23, 2026.

DATED this <u>15th</u> day of <u>    May    </u> 2026.

CATHERINE M. SALINAS
UNITED STATES MAGISTRATE JUDGE