# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

VANCE DOTSON,

      Plaintiff,

v.

TRANS UNION, LLC., and EQUIFAX INFORMATION SERVICES, LLC,

      Defendants.

Case No.: 1:25-cv-03326-MHC-CMS

## DEFENDANTS TRANS UNION LLC AND EQUIFAX INFORMATION SERVICES LLC'S MOTION FOR JUDGMENT ON THE PLEADINGS

Defendants Trans Union LLC ("Trans Union") and Equifax Information Services LLC ("Equifax") (collectively, the "Defendants"), by and through its counsel, files this Motion for Judgment on the Pleadings pursuant to Rule 12(c) of the Federal Rules of Civil Procedure, contemporaneously files its Memorandum in Support of this Motion, and incorporates it herein by reference for all purposes.

WHEREFORE, PREMISES CONSIDERED, Defendants Trans Union LLC and Equifax Information Services LLC respectfully requests that its Motion for Judgment on the Pleadings be granted in its entirety, and for such other and further relief, both general and specific, at law and in equity, to which it may show itself justly entitled.

1

Respectfully submitted,

*/s/ Samin Agha*

**SAMIN AGHA** *(Admitted Pro Hac Vice)*
Texas Bar No. 24110989
sagha@qslwm.com
Quilling, Selander, Lownds,
Winslett & Moser, P.C.
5801 Tennyson Pkwy, Ste 440
Plano, Texas 75024
(214) 560-5464
(214) 871-2111 Fax
*and*
**PAUL L. MYERS**
pmyers@qslwm.com
Georgia Bar No. 767391
Quilling, Selander, Lownds,
Winslett & Moser, P.C.
5801 Tennyson Parkway, Suite 440
Plano, TX  75024
(214) 560-5452
(214) 871-2111 Fax
*and*
**ALEX BARFIELD**
Georgia Bar No. 037147
TUCKER ELLIS LLP
3344 Peachtree Road NE, Suite 1050
Atlanta, Georgia 30326
Telephone: (404) 678-6366
Facsimile:  (404) 678-6380
alex.barfield@tuckerellis.com
*Counsel for Trans Union LLC*

2

*/s/ Heather H. Sharp*

Heather H. Sharp, GA Bar No. 671545
hsharp@seyfarth.com
SEYFARTH SHAW LLP
1075 Peachtree Street, N.E.
Suite 2500
Atlanta, Georgia  30309-3958
Telephone:  (404) 885-1500
Facsimile:  (404) 892-7056
***Counsel for Defendant***
***Equifax Information Services LLC***

3

## <u>LOCAL RULE 5. 1 CERTIFICATION</u>

I hereby certify that DEFENDANT TRANS UNION LLC'S MOTION FOR

JUDGMENT ON THE PLEADINGS has been prepared in Times New Roman 14-

point font in accordance with

*/s/ Samin Agha*
**SAMIN AGHA**

## CERTIFICATE OF SERVICE

I hereby certify on June 18, 2026, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following counsel of record:

Jeffrey Wilson
Law by JW, LLC
1590 Jonesboro Rd
SE #6839
Atlanta, GA 30315
(832) 422-6362
jeff@lawbyjw.com
***Counsel for Plaintiff***

> */s/ Samin Agha*
> **SAMIN AGHA**