THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

|  |  |
|---|---|
| VANCE DOTSON<br>　　　Plaintiff, | ) |
|  | ) |
|  | ) |
| v. | ) Case No. |
|  | )　　1:25-cv-03326-MHC-CMS |
|  | ) |
| TRANS UNION, LLC, EQUIFAX | ) |
| INFORMATION SERVICES, LLC, | ) |
| 　　　Defendants. | ) |
|  | ) |

PLAINTIFF'S COUNSEL'S CONSENT MOTION TO WITHDRAW AS COUNSEL OF RECORD AND REQUEST FOR LIMITED 30-DAY EXTENSION OF PLAINTIFF'S CURRENT DEADLINES

Upon consideration of Plaintiff's Counsel's Consent Motion to Withdraw as Counsel of Record and Request for Limited 30-Day Extension of Plaintiff's Current Deadlines, and for good cause shown, the Motion is GRANTED.

It is ORDERED that Jeffrey A. Wilson is permitted to withdraw as counsel of record for Plaintiff Vance Dotson in this action. The Clerk is DIRECTED to terminate Jeffrey A. Wilson as counsel of record for Plaintiff.

It is further ORDERED that, unless and until substitute counsel enters an appearance on Plaintiff's behalf, future notices, filings, pleadings, orders, and other papers shall be served on Plaintiff Vance Dotson at the contact information identified in the client-consent certificate filed with the Motion, unless Plaintiff provides updated contact information to the Clerk of Court.

It is further ORDERED that Plaintiff Vance Dotson shall comply with LR 83.1(E)(5), N.D. Ga. Within twenty-one (21) days after entry of this Order, or before any further proceedings are conducted, whichever occurs first, Plaintiff shall notify the Clerk of Court in writing of either his decision to proceed pro se or his retention of substitute counsel. Plaintiff shall also provide the Clerk with his current mailing address, telephone number, and email address. Failure to comply with this requirement will constitute a default under LR 83.1(E)(5), N.D. Ga.

It is further ORDERED that Plaintiff's current deadlines are extended by thirty (30) days. This extension includes, but is not limited to, any deadline for Plaintiff to respond to Defendants' Joint Motion for Judgment on the Pleadings, any other pending motion, any discovery obligation, any briefing deadline, and any scheduling-order deadline currently running against Plaintiff. To the extent any such deadline would expire before or within thirty (30) days after entry of this Order, that deadline is extended until thirty (30) days after entry of this Order. Accordingly, Plaintiff's response to Defendants' Joint Motion for Judgment on the Pleadings is due by **August 1, 2026**.

It is further ORDERED that withdrawing counsel shall promptly serve a copy of this Order on Plaintiff Vance Dotson at the contact information identified in the client-consent certificate filed with the Motion.

SO ORDERED this 26th day of _____June_____, 2026.

_____
CATHERINE M. SALINAS
UNITED STATES MAGISTRATE JUDGE

2