

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

JUL 1 6 2026

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

### THE UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

|  |  |
|---|---|
| VANCE DOTSON<br>　　　　Plaintiff,<br><br>v.<br><br>TRANS UNION, LLC, EQUIFAX<br>INFORMATION SERVICES, LLC,<br>　　　Defendants. | )<br>)<br>)<br>)<br>) Case No.<br>)　1:25-cv-03326-MHC-CMS<br>)<br>)<br>)<br>)<br>) |

---

### PLAINTIFF'S NOTICE OF INTENT TO PROCEED PRO SEE AND
### UPDATE OF CONTACT INFORMATION

---

Pursuant to the Order of this Court entered on June 26, 2026 (Document 45), Plaintiff Vance Dotson hereby notifies the Clerk of Court that he intends to proceed pro se in this action. Plaintiff has not retained substitute counsel.

Plaintiff's current contact information for purposes of service of all future notices, filings, pleadings, orders, and other papers is as follows:

**Mailing Address:** 425 W Wilshire Blvd Ste E, Oklahoma City, OK 73116
**Telephone Number:** 405-406-7323
**Email Address:** vancedotson@yahoo.com

1

Plaintiff respectfully requests that the Clerk of Court update the docket to reflect Plaintiff's pro se status and direct all future service to Plaintiff at the mailing address, telephone number, and email address set forth above.

Respectfully submitted this 30th day of June, 2026.

*Vance Dotson*

**Vance Dotson**

425 W Wilshire Blvd Ste E

Oklahoma City, OK 73116

Telephone: 405-406-7323

Email: vancedotson@yahoo.com

### CERTIFICATE OF SERVICE

I hereby certify that on June 30, 2026, a true and correct copy of the foregoing Notice was filed with the Clerk of Court and served upon counsel for Defendants via CM/ECF.

/s/ Vance Dotson

Vance Dotson
425 W WILSHIRE BLVD STE E
OKLAHOMA CITY OK 73116-7793

**$6.04     US POSTAGE**
FIRST-CLASS IMI
Jun 30 2026
Mailed from ZIP 73116
1 OZ FIRST-CLASS MAIL LETTER
RATE
ZONE 5
11923275



endicia

063S0010282495

**USPS CERTIFIED MAIL**



**9407 1118 9876 5526 9596 77**

Richard B. Russell Federal Building & United S
75 TED TURNER DR SW
ATLANTA GA 30303-3315

USPS CERTIFIED MAIL™

OKLAHOMA CITY OK 730

30 JUN 2026 PM 6 L

NIXIE        326   DE 1040      0007/06/26

RETURN TO SENDER
INSUFFICIENT ADDRESS
UNABLE TO FORWARD

BC: 73116779399    *3057-05644-30-40

IA

73116>7793

2211



FROM:
Vance Dotson
425 W. Wiltshire Blvd Ste C
OKC OK 73116

TO:
Richard B. Russell Federal Building
Court Clerk
75 TED Turner Dr SW Ste 2211
Atlanta GA 30303

ReadyPost

Case 1:25-cv-03326-MHC-CMS   Document 51   Filed 07/16/26   Page 6 of 7

PRESS FIRMLY TO SEAL

PRESS FIRMLY TO SEAL

**PRIORITY MAIL EXPRESS**
**FLAT RATE ENVELOPE**
**POSTAGE REQUIRED**

# PRIORITY MAIL EXPRESS®

## FLAT RATE ENVELOPE
ONE RATE ■ ANY WEIGHT

To schedule free Package Pickup,
scan the QR code.



USPS.COM/PICKUP



PS10001000006

EP13F October 2023
OD: 12 1/2 x 9 1/2

FOR DOM
PLA

■ Guarant
■ Guarant
■ USPS Tr
  and man
■ Pick up
■ Domesti
  (restricti
■ Signatur

*Money Back
 select Intern
 See DMM an

**Insurance do
 claims exclu
 http://pe.usp

+Money Back

WHEN USED INTER

*U.S. Marshals Service*
*Atlanta, GA 30303*

CLEARED DATE
JUL 16 2026

---

This package is made from post-consumer waste. Please recycle - again.

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail Express® shipments. Misuses may be a violation of federal law. This package is not for resale. EP13F © U.S. Postal Service; October 2023; All rights reserved.

---



**UNITED STATES POSTAL SERVICE.**    Retail    E

| **E** | **US POSTAGE PAID** |
|---|---|
| | **$35.90** |
| | Origin: 73003 |
| | 07/14/26 |
| | 3927180605-38 |

### PRIORITY MAIL EXPRESS®

VANCE DOTSON                                    0 Lb 2.80 Oz
425 W WILSHIRE BLVD
OKLAHOMA CITY OK 73116-7793                     **RDC 07**

SCHEDULED DELIVERY DAY: 07/15/26 06:00 PM

C039

SHIP
TO:

   RICHARD B RUSSELL FED BLDG
COURT CLERK
75 TED TURNER DR SW  *Ste 2211*
ATLANTA GA 30303-3315

**USPS TRACKING® #**

9570 1148 3364 6195 1144 22

ED STATES
AL SERVICE.